**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| YITING LIU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO: 1:25-cv-01410-ADA-SH |
| | § | |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION, | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |

**PLAINTIFF'S RESPONSE TO ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINES**

On August 28, 2026, Plaintiff Yiting Liu filed an Unopposed Motion to Extend Deadlines. Dkt. 25. Upon review and a finding of good cause, the Court granted that motion on September 16, 2026. Dkt. 30. In that same Order, the Court directed Plaintiff to file a Proposed Amended Scheduling Order using Judge Alan D. Albright's Proposed Scheduling Order on or before September 28, 2026. *Id.*

Pursuant to the Court's Order, Plaintiff submits her Proposed Amended Scheduling Order herewith as Exhibit A. Ex. A. Undersigned counsel has conferred with defense counsel regarding the attached Proposed Amended Scheduling Order, and defense counsel has confirmed Defendant does not oppose the same. Accordingly, Plaintiff respectfully requests the attached Proposed Amended Scheduling Order be entered as the operative scheduling order in this matter.

Dated: September 17, 2026

Respectfully submitted,

*/s/Sean C. Timmons*
Sean C. Timmons, Esq., LL.M
Managing Partner

State Bar No.: 24067908
TULLY RINCKEY, PLLC
18722 University Blvd., Ste. 235
Sugar Land, Texas 77479
stimmons@tullylegal.com
Tel: (832) 240-3273
Fax: (832) 533-8999

*/s/ James Jackson*
James Jackson, Esq.
Associate
State Bar No.: 24136912
TULLY RINCKEY, PLLC
3420 Executive Center Dr., Ste 160
Austin, Texas 78731
Tel: (512) 277-2545
Fax: (512) 225-2801
jjackson@fedattorney.com

***Attorneys for Plaintiff***

**CERTIFICATE OF CONFERENCE**

I hereby certify that defense counsel Scott D. Smith, Esq. was consulted regarding the foregoing, in compliance with Local Rule CV-7. Counsel Smith advised that Defendant does not oppose the attached Proposed Amended Scheduling Order.

*/s/James Jackson*
James Jackson, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Plaintiff's Response to Order Granting Plaintiff's Unopposed Motion to Extend Deadlines and the attached Proposed Amended Scheduling Order were electronically served to all counsel of record via the Court's CM/ECF system.

*/s/James Jackson*
James Jackson, Esq.