**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| YITING LIU, | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-01410-ADA-SH |
| | § | |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## JOINT MOTION TO EXTEND CASE DEADLINES

Plaintiff Yiting Liu and Defendant Texas Health and Human Services Commission ("HHSC") jointly move under Federal Rule of Civil Procedure 16(b)(4) to extend the remaining fact-discovery, expert, and dispositive-motion deadlines. In support, the parties respectfully show:

1. On September 16, 2026, the Court granted Plaintiff's unopposed motion to extend deadlines (Dkt. 30), and on September 30, 2026, entered the operative Joint Scheduling Order (Dkt. 32). The parties request the following modifications to that Order:

| Event | Current deadline or setting | Requested deadline or setting |
|---|---|---|
| Fact discovery | December 8, 2026 | March 8, 2027 |
| Initial expert designations and reports | November 9, 2026 | February 9, 2027 |
| Rebuttal expert designations and reports | November 23, 2026 | February 23, 2027 |
| Expert discovery | January 9, 2027 | April 9, 2027 |
| Rule 702 objection calendar date[1] | January 19, 2027 | April 19, 2027 |

[1] The parties request that the Court extend the calendar date identified for objections under Federal Rule of Evidence 702 to April 19, 2027, while preserving the existing provision governing objections made within 14 days after receipt of an expert report or completion of an expert deposition, whichever is later.

| Event | Current deadline or setting | Requested deadline or setting |
| --- | --- | --- |
| Dispositive motions | February 9, 2027 | May 10, 2027 |

2. Good cause exists for these extensions. The parties have additional written discovery to complete and outstanding depositions to conduct, including Plaintiff's deposition and HHSC's deposition under Rule 30(b)(6). HHSC is reviewing the noticed Rule 30(b)(6) topics and anticipates conferring with Plaintiff regarding potential objections or clarifications before the deposition. The parties seek to address written discovery and any remaining issues before taking the depositions so that the examinations may proceed efficiently and with a complete factual record.

3. The parties have been working cooperatively to complete discovery, but the current December 8, 2026 fact-discovery deadline leaves limited time to complete the remaining discovery, particularly given counsel's existing November litigation commitments and the intervening Thanksgiving holiday. The requested extension will allow the parties to resolve outstanding discovery issues, coordinate witnesses, and complete the depositions without unnecessarily compressed scheduling.

4. Corresponding extensions of the expert-designation and expert-discovery deadlines will keep expert discovery aligned with the fact-discovery schedule, and the extended dispositive-motion deadline will permit the parties to evaluate the completed discovery record before filing motions. The parties request these adjustments together to maintain an orderly sequence of discovery and motion practice.

5. The Court has not set a trial date. Accordingly, the requested extensions will not disturb an existing trial setting. The parties recognize that the Court previously extended deadlines, but this joint request is based on the specific remaining discovery identified above and is made

before the current fact-discovery deadline. Counsel for both parties have conferred and agree that the requested extensions are necessary to complete the remaining discovery and maintain an orderly schedule.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant this Joint Motion, amend the Joint Scheduling Order (Dkt. 32) to reflect the proposed deadlines above, preserve all other provisions except as necessary to effectuate these changes, and grant such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ *James H. Jackson*

**JAMES H. JACKSON**
Texas Bar No. 24136912
TULLY RINCKEY PLLC
3420 Executive Center Drive
Suite 160
Austin, Texas 78731
Telephone: (512) 277-2545
jjackson@fedattorney.com

**ATTORNEYS FOR PLAINTIFF YITING LIU**

/s/ *Scott D. Smith*

**SCOTT D. SMITH**
Texas Bar No. 24011874
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 917-3132 | FAX: (512) 477-2348
scott.smith@oag.texas.gov

**ATTORNEYS FOR DEFENDANT TEXAS HEALTH AND HUMAN SERVICES COMMISSION**

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7, I certify that I conferred with Plaintiff's counsel, James H. Jackson, regarding the requested extensions. On October 27, 2026, Mr. Jackson confirmed that Plaintiff does not oppose the extension and supports extending the expert deadlines. The parties jointly seek the relief requested.

/s/ *Scott D. Smith*
SCOTT D. SMITH
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2026, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record in this case.

/s/ *Scott D. Smith*
SCOTT D. SMITH
Assistant Attorney General