**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| YITING LIU, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-01410-ADA-SH |
| | § | |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION, | § | |
| | § | |
| *Defendant.* | § | |

## [PROPOSED] JOINT AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Extend Case Deadlines. Finding good cause, the Court **GRANTS** the motion.

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Court's Joint Scheduling Order entered on September 30, 2026 (Dkt. 32), is hereby AMENDED as follows:

| Event | Current deadline or setting | Amended deadline or setting |
|---|---|---|
| Fact discovery | December 8, 2026 | March 8, 2027 |
| Initial expert designations and reports | November 9, 2026 | February 9, 2027 |
| Rebuttal expert designations and reports | November 23, 2026 | February 23, 2027 |
| Expert discovery | January 9, 2027 | April 9, 2027 |
| Rule 702 objection calendar date[1] | January 19, 2027 | April 19, 2027 |
| Dispositive motions | February 9, 2027 | May 10, 2027 |

[1] The existing provision governing objections under Federal Rule of Evidence 702 within 14 days after receipt of an expert report or completion of an expert deposition, whichever is later, remains in effect. The calendar date identified in the prior scheduling order is extended to April 19, 2027.

All other provisions of the Court's September 30, 2026 Joint Scheduling Order (Dkt. 32) shall remain in full force and effect.

**SO ORDERED.**

SIGNED on ___________________________.

___________________________________
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE